Gustavo Lizardo MENDOZA, also known as Gustavo Adan Lizardo Mendoza; Pedro Lizardo Mendoza, also known as Pedro Josue Lizardo Mendoza Petitioners

v.

Loretta E. LYNCH, Attorney General of the United States Respondent

No. 16-1079

United States Court of Appeals, Eighth Circuit.

Submitted: December 28, 2016

Filed: January 3, 2017

Matthew Lorn Hoppock, Hoppock Law Firm, LLC, Overland Park, KS, for Petitioners

Regina Byrd, Karen Yolanda Drummond, Carl H. McIntyre, Anthony Ogden Pottinger, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Honduran citizens and siblings Gustavo and Pedro Lizardo Mendoza petition for review of an order of the Board of Immigration Appeals upholding an immigration judge's (IJ's) denial of their applications for asylum and withholding of removal.[1] After careful consideration, we conclude that substantial evidence supports the decision. See Garcia–Milian v. Lynch, 825 F.3d 943, 945 (8th Cir. 2016). The petition for review is denied. See 8th Cir. R. 47B.

---

1. The IJ also denied protection under the Convention Against Torture, but that ruling is not before this court. See Chay–Velasquez v. Ashcroft, 367 F.3d 751, 756 (8th Cir. 2004).